■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS GREENE, Appellant. [739 NYS2d 310] —Appeal from a

judgment of Monroe County Court (Egan, J.), entered October 6, 1999, convicting defendant after a jury trial of assault in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: County Court properly denied defendant's motion to suppress oral statements made by defendant outside his residence to police officers who were investigating an injury to his 13-month-old son. Upon our review of the totality of the circumstances under which the statements were made, we conclude that they were voluntary (*see, People v Anderson,* 42 NY2d 35, 38; *People v Whorley,* 286 AD2d 858; *People v Pearce,* 283 AD2d 1007, *lv denied* 96 NY2d 923). We further conclude that defendant was not in custody when questioned by police and thus *Miranda* warnings were not required (*see, People v Stone,* 283 AD2d 980, 981, *lv denied* 96 NY2d 925; *People v Hurley,* 154 AD2d 617, 618). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.